UNITED STATES DISTRICT COURT

For The

Eastern District of Louisiana

**18 - 3888**

(Case ID Number)

**SECT. A MAG. 1**

Micheal Nicholas Marshall

Plaintiff

-vs-

The State of Louisiana is made a respondent in this
petition, Warden, Richard Spinner, Custodian; is
made a respondent in this petition, Deputy, Carson
Fee,; is made a respondent in this petition, Deputy,
Scott Charleville; is made a respondent, Deputy,
Clarence Domingue; is made a respondent and
DET. Allen Ordeneaux; is made a respondent

Defendants

## AFFIDAVIT

I, Micheal Nicholas Marshall, of Belle Rose, in LA, Louisiana, MAKE OATH AND SAY THAT:

1.  Micheal N. Marshall was lock up in this state on Oct, 16 2012, When he was taking into custody
    in East Baton Rouge Parish.
    Art. 201 Arrest defined : Arrest is the taking of one  person into custody by another. To constitute
    arrest there must be an actual restraint of the person. The restraint may be imposed by force or
    may result from the submission of the person arrested to the custody of the one arresting of
    Micheal N. Marshall.
    Art.207 Procedure when arrest made for offense triable in another parish: When an arrest under a
    warrant occurs in a parish other than that in which the alleged offense was committed, the person
    arrested shall be looked and imprisoned in the parish where he was arrested until gives bail or is

TENDERED FOR FILING

APR 11 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 5

transferred to the parish where the offense is alleged to have been committed. A person awaiting transfer shall not be detained in custody in the parish of his arrest for a longer period than ten days.

Art, 205. Effective period : A warrants of arrest remains in effect until executed.

There has been a detainer since day one of the arrest from East Baton Rouge parish prison,Jefferson parish, New Orleans parish, And Ascension parish.

Micheal N. Marshall has tried over and over to get this matter resolved with Tangipahoa parish, And Ascension parish arrested Marshall on or about 10/5/2015, under Art. 207, and then search the truck that mr. Marshall was in . Mr. marshall is and was Mr. Earl Willyard caregiver .

Mr. Earl Willyard never gave permission to search his truck, and the parish never gave mr. Marshall a summons to answer to the charges or the property they took from the truck.

Well Mr. Marshall try and try to live a life, after tangipahoa release marshall less than 2 and a half weeks , when he was took to their jail, Mr. Marshall got release again and enrolled into independent university college , studying for his M.B.A., was doing good and Ascension parish jail arrested Mr. Marshall again and never gave a summon and made him have a mental help break-down , after couple of weeks there , Marshall had them release him on his behalf a day before court and was there for court , the jail didn't know Marshall was release, but they was and had been notify of marshall and to pick him up from there custody , but Mr. Marshall keep his word with the court and had his day in court.

Mr. Marshall was co-attorney in New Orleans Parish , so he does have paralegal skills.

As a result of the imprisonment was physical, emotional, and financial .

A copy of exhibits is annexed here and made part of this pleading.

2.    COMPLAINT FOR VIOLATION OF CIVIL RIGHTS.

3.    JURISDICTION.

4.    This Honorable court has jurisdiction by virtue of the constitution of the United States Amendment XIV section 1., and Article 1, section 21and 22 of the louisiana constitution [1974]. Petitioner was being held contrary to the laws of Louisiana and the United States by state officials. Petitioner ask that this Honorable District Court exercise its jurisdiction in granting this .

5.    RELEVANT STATE AND UNITED STATES CONSTITUTIONAL PROVISIONS.

6.    The Louisiana Constitution under Article 1, section 5 protects citizens against unlawful state action. See Johnson V. pearce, 313 So.2d 8112 [La. 1975], and Whittington V.Gibson Discount.

296 So.2d 375 [La. App. 2nd Cir 1974]. The 14th Amendment of the United states constitution protects American Citizens against unreasonable and unconstitutional detention, The Supreme court of the United States's decisions below has held that Writ of Habeas Corpus is not just for Remedy against physical imprisonment, but can be used to challenge non- physical restraints of liberty and clearly supports the petitioners constitutional right to file writ of Habeas in this court against restraints of liberty that is not physical. habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action, its pre- eminent role is recognized by admonition in the constitution that :

the privilege of writ habeas corpus  shall not be suspended .The scope and flexibility of the writ, its capacity to reach all manner illegal detention it ability to cut through barriers of form and procedure maze have always been emphasized and jealously guarded by courts and lawmakers. The very nature of the writ demands that it be administered with the initiative and flexibility essential to insure the that miscarriage of justice within its reach are surfaced and corrected. As black Stone phrased it, Habeas Corpus is " The Great And Efficacious Writ,in all manner of illegal confinement," As this court said in Fay V. Nola, 372 U.S. 391, 401-402 [1963], the office of the writ  is " to provide a prompt and efficacious remedy for whatever society deems to be intorer restraints." See payton V. Rowe, 391 U.S. 54, 65-67 [1968]." Harris V. Nelson, 394 U.S. 286, 290-291 [1969]

Supremacy Clause

A Judgment of conviction obtained in violation of due process of law is void for want of jurisdiction of the court to enter such judgment. "Fay V. noia, 372U.S. 391,83 S. ct 822, 9L. Ed. 2d 837. Writ Habeas Corpus is an appropriate means by which relief from confinement under a void conviction may be obtained in the state as well in federal courts, Ex parte Bush, Tex, cr. App,, 313 S.W.2d287; Ex parte  Mccune, 156 Tex. Cr. R. 213, 246 S.W.2d 171;Ex parte Puckett, Tex. Cr. App,,310 S.W. 2d 117;Ex parte Traxier, 147 Tex, Cr. R. 661 184 S. W. 2d 286;

7.    RELIFE.

8.    (1)I want my college for M.B.A paid for (2)I want all my Rights) as American Born Citizen restored (3) last 250,000.00 (Dollars)

9.    PRAYER.

10. Wherefore, petitioner pray to this Honorable court that this petition for VIOLATION OF CIVIL RIGHTS be granted in accordance constitution of the United States Amendment XIV section 1., and Article 1, section 21 and 22 of the louisiana constitution [1974]. The Louisiana Constitution under Article 1, section 5 protects citizens against unlawful state action and its related provisions under the La. code of criminal procedure.

Respectfully Submitted,
Micheal N. Marshall,petitioner
406 hwy 1000, Belle Rose, La 70341
Phone# 225-802-7038.

11. ORDER.

12. CONSIDERING THE FOREGOING MOTION:
IT IS HEREBY ORDERED that a hearing be scheduled to take place on the ___day of _____, 2018, at____o'clock AM/PM at the _____ parish courthouse.

13. IT IS FURTHER ORDERED that Defendants be issued herein directing the above stated time and place for disposition of this matter before the court.
THUS DONE AND SIGNED THIS ___DAY OF_____, 2018 , IN _____,
LOUISIANA

_____

JUDGE,____JUDICIAL DISTRICT.

STATE OF LOUISIANA

PARISH OF ~~LA~~ Ascension

SUBSCRIBED AND SWORN TO BEFORE
ME, on the _____ 9th _____ day of
~~February~~, 2018
April

Signature
_____ (Seal)
NOTARY PUBLIC
My Commission expires: SIDNEY A. MARCHAND, III
_____ ATTORNEY/NOTARY PUBLIC
Louisiana
Life Commission
(Bar Roll #02553)

Michael N. Marshall
(Signature)
**Micheal Nicholas Marshall**

Copyright 2002-2018, LegalContracts.com

TANGIPAHOA PARISH CLERK OF COURT

CRIMINAL MINUTES          DATE: 5/08/14     CATHYM          PAGE:    1

STATE OF LOUISIANA                          21ST JUDICIAL DISTRICT

PARISH OF TANGIPAHOA
DOCKET:        99044

### STATE OF LOUISIANA VS MARSHALL, MICHAEL

CNT:   1  BILLED: DWI 1 Vehicle           DISP:
CNT:   2  BILLED: No Driver's License     DISP:

DATE: 7/16/01   DIV: B     JUDGE:   BRUCE BENNETT

    No appearance was made by accused or by attorney. State
    represented by J JOHNSON. The defendant failed to appear for
    Arraignment. Bench warrant was issued. Contempt bond set at
    10,000.00.

DATE:10/17/05   DIV: B     JUDGE:   BRUCE BENNETT

    Accused not present but represented by E WILLIAMS State
    represented by P DUNN. The defendant failed to appear for
    Arraignment. Bench warrant was issued. Contempt bond set at
    10,000.00.

Approved:_____     Attest: _____

Judge: (     )                     Deputy Clerk of Court (     )

_21st_  INTO THE
_____ JUDICIAL DISTRICT COURT
PARISH OF _TANGIPAHOA_

......................................................................................................

## APPLICATION FOR WRIT OF HABEAS CORPUS

......................................................................................................

IN THE MATTER OF:

_michael marshall_

CASE/DOCKET NO:

_ssN#c_        _·2730_
_DoB 4-18-1984_

RESPECTFULLY SUBMITTED:

_michael marshall_

TENDERED FOR FILING

APR 11 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# FRAUD CHECKLIST

This form is to be used to gather information needed in order to prepare a memorandum of loss for fraud involving checking accounts, savings accounts, and loan products.

Client's Name: M + W Steel Const LLC          Account Number: 31100323C

Loss Amount: $ 43,781.60          Account Type: Business Checking

Fraud Type (circle):    New Account Fraud          Forged Maker          Forged Endorsement

Loan Fraud          Altered Check(s)          (Counterfeit Check(s))

Other: _____

☑ Account Officer Notified (date and time): 7/26/12    11:11 AM

☑ Branch Manager Notified (date and time): 7/26/12    11:45 AM

☑ Bank Security Officer Notified (date and time): 7/26/12    12:30 pm

☐ Director of Retail or Chief Credit Officer Notified (date and time): _____

☑ Account Restricted (date and time): 12:25 pm.

☐ ATM/Debit Card Blocked (date and time): N/A

☑ Did the client file a police report? (YES)/NO) Item no. 12-0022269 Parish: Lafourche

☐ Complete Entries

Obtain the following documents (use copies if the originals are not available) and send to the Security Officer:

☑ New Account Agreement/Credit Memorandum

☑ Check(s)

☑ Signature Card(s)

☐ Bank statements

☑ Copy of ID

☐ Forgery Affidavit (when applicable)

Brief description of fraud: Someone made counterfeit checks on this business account and started cashing them at different branches

Handled by: _____    Cost Center: #50    Date: 7/26/12

# FRAUD AFFIDAVIT

KNOWINGLY SUBMITTING FALSE INFORMATION ON THIS FORM COULD SUBJECT YOU TO CRIMINAL PROSECUTION OR PERJUR·

## Victim Information

Il lega' name _Wence_ _C._ _____

ite of birth _6/10/1962_
Month/Day/Year

Social Security Number _____ __-63.4

iver's license or identification card state and number _L 00031??-3

irrent Address _2-483 H__ 14 A____ a 70442

ork Phone ( )_____    Home ( )_____    Cell 985-757-____

## Type(s) of Fraud

eck all that apply

☑ Counterfeit Check

☐ Stolen Check

☐ Unauthorized Debit

☐ Unauthorized Electronic Check

☐ Lost ATM/Debit/Credit Card

☐ Stolen ATM/Debit/Credit Card

☐ Unauthorized ATM/Debit Credit Card Use

☐ Other    ☐ If other, describe in full
__ authorized ACH Entry

☑ Date Bank Notified of Fraud _____

☑ Date(s) Fraud Occurred _23-24-25-26 2012

☐ Total Amount of Fraud _$1781.60

☐ Date & Time Loss Occurred _____

☑ Deposit Account # Involved _____

☐ ATM/Debit/Credit Card Number _____

☐ Date Card Stolen _____

☐ Was PIN with Card ? _____

☐ Point of Purchase ____    Represented Check ____    Accts. Rec. Check ____

| Point of Purchase (POP) | Represented Check (RCK) | Accounts Receivable Check (ARC) |
|---|---|---|
| ☐ The source of the document used for the debit entry is improper.<br>☐ The debit entry for which the receiver is seeking recredit was not authorized by the receiver.<br>☐ Both the source document and the POP entry to which it relates have been presented for payment. | ☐ The item to which the entry relates is ineligible to be initiated as an RCK entry<br>☐ All signatures on the item to which the RCK entry relates are not authentic or authorized, or the item has been altered<br>☐ The required notice stating the terms of the RCK entry policy was not provided by the originator in accordance with NACHA Operating Rules<br>☐ The amount of the RCK entry was not accurately obtained from the item.<br>☐ The RCK entry and the item to which it relates have been presented for payment. | ☐ The source debit used for the ccbit entry is improper.<br>☐ Originator did not provide notice in accordance with NACHA Operating Rules<br>☐ Both the source document and the related ARC entry have been presented for payment.<br>☐ The amount of the ARC entry was not accurately obtained from the source. |

## How the Fraud Occurred

ock all that apply.
☐ I do NOT know who used my information/identification to get money, credit, loans, goods, services, or ACH transactions without my knowledge/authorization.
To the best of my knowledge and belief, the following person(s) used my information (my name, address, date of birth, account numbers, Social Security Number, etc.) or identification documents to to get money, credit, etc. without my knowledge or authorization.

_Wanda Austin_

me (if known)    Name (if known)

ness (if known)    Address (if known)

one Numbers (if known)    Phone Numbers (if known)

_____    Additional Information

CRIMINAL DEFENDANT INQUIRY - CMC405-D2                SCROLL +     INQUIRY BY DKT #
                                                                           CF 1- EXIT
DOCKET # :    99044                                           0/00/00      99-9999
              99044 DIV:    M/F?: M   BILL INFO

PLAINTIFF: STATE OF LOUISIANA                D.A.:
DEFENDANT: 001 MARSHALL, MICHAEL             ATTY: ERICA WILLIAMS
 ADDRESS: 2322 LEONARD CHAPEL ROAD           DOB:  6/11/67 Arrested: 0/00/00
CITY ZIP: INDEPENDENCE      LA      7-0443   PIN:          SSN4: 4389
                                                                              BAC
                                   ALSO KNOWN AS                               ---
CT(S) M/F OFFENSE                  --------------
----- --- -------
  1   M   DWI 1 Vehicle
  1   M   No Driver's License


CF3: Select  CF4: Scroll +/-  CF5: Events  CF6: Disp/Sent  CF7: Print
CF8: TPSO Inquiry  CF9: Minute Inq  CF10: Service Return Inquiry            —



**Tangipahoa Parish Clerk of Court**

**JULIAN E. DUFRECHE, CLERK OF COURT**
P.O. BOX 667 • AMITE, LOUISIANA 70422

**GARY STANGA**
CHIEF DEPUTY
**ALISON THEARD**
CHIEF FINANCIAL OFFICER

AMITE (985) 748-4146
FAX (985) 748-6503
WWW.TANGICLERK.ORG

May 8, 2014

Michael W. Marshall #2376818
C-T-A 2-2
3000 Perdido Street
New Orleans, La. 70114

RE:   **STATE OF LOUISIANA**
        **Vs.**
        **MICHAEL MARSHALL**

Dear Sir/Madam:

I am in receipt of your letter dated May 5, 2014. I have searched our records again and the only Michael Marshall in our entire system has a date of birth of 6/11/67 (see enclosed). We do not have anything to send to anybody. You may write to the Tangipahoa Parish District Attorney at P O Box 639 Amite, La. 70422.

Sincerely,

Cathy McElveen, Deputy Clerk of Court

OUR COMMITMENT TO EXCELLENCE AND CONTINUED IMPROVEMENT
IS THE FOUNDATION UPON WHICH WE SERVE THE PUBLIC AND
WORK IN PARTNERSHIP WITH THE COMMUNITY

Tangipahoa parish "clerk of court"
110 N Bay St. PO #100
Amite City, LA 70422

Michael N Marshal
#2375818, C-T-A 2-2
3000 perdido St
New orleans, LA 70119

April 23, 2014

To the clerk of court, my name is
Michael N marshall, DoB. 9-18-84, Race W/M,
SSN # 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. I was incarcerated at
the Jefferson parish Jail around oct, nov, and
Dec. and I have wrote motion's that has been
file in your court. Could you please let me
know why I didn't go to court in the month of
Jan.!? (It was a wit order!!)
       I have also mail in a "Habeas corpus
ad prosequendum", That ~~was that~~ was put
on the minutes!!
       So could you give me a better Ideal
of what is going on?

P.S.                              Respectfully
Could you send          Michael N marshal.
me any and all the
information that you
have on me.



**Tangipahoa Parish Clerk of Court**

**JULIAN E. DUFRECHE, CLERK OF COURT**

P.O. BOX 667 • AMITE, LOUISIANA 70422

**GARY STANGA**
CHIEF DEPUTY
**ALISON THEARD**
CHIEF FINANCIAL OFFICER

AMITE (985) 748-4146
FAX (985) 748-6503
WWW.TANGICLERK.ORG

April 28, 2014

Michael W. Marshall #2376818
C-T-A 2-2
3000 Perdido Street
New Orleans, La. 70114

RE:  **STATE OF LOUISIANA**
       **Vs.**
       **MICHAEL MARSHALL**

Dear Sir/Madam:

I am in receipt of your letter dated April 23, 2014 wherein you request a copy of your record. After searching our system, we have no records for Michael Marshall in Tangipahoa Parish.

Sincerely,

Cathy McElveen, Deputy Clerk of Court

---

OUR COMMITMENT TO EXCELLENCE AND CONTINUED IMPROVEMENT
IS THE FOUNDATION UPON WHICH WE SERVE THE PUBLIC AND
WORK IN PARTNERSHIP WITH THE COMMUNITY

STATE OF LOUISIANA, EX REL

_Michael Marshall_
(Petitioner)

VERSUS

STATE OF LOUISIANA
RICHARD SPINNER, WARDEN
RIVER CORRECTIONAL CENTER
Custodian

(Respondents)

DoB. 9-18-1984

\* DOCKET NO: _SSN#._ _2730_

\* 21st JUDICIAL DISTRICT COURT
\* PARISH OF _TANGIPAHOA_

\* STATE OF LOUISIANA

\* FILED: _____

\* _____
Deputy Clerk: _____

..........................................................................................................

................................ **ORDER** .........................................

Considering the above,

IT IS ORDERED that WARDEN RICHARD SPINNER, cause to be delivered to this Honorable Court, the person of _Michael Marshall_, on the _18th_ day of _August_, 200_4_, at _1:00_ A.M. (P.M.)

IT IS ORDERED that the State of Louisiana through its designated representative form the _Tangipahoa_ Parish District Attorney's Office appear in this court at the appointed date and time herein and be prepared to show a just cause why the Petitioner's Writ of Habeas Corpus should not be fully granted, thereby releasing Petitioner from custody.

THIS ORDER read and signed on this _29th_ day of _July_, 2014 ~~200~~. In the Parish of _Livingston_, State of Louisiana.

_____
Honorable Judge
21st Judicial District Court

Duty Judge

DoB. 9-18-1984
SSN# _____-2730

STATE OF LOUISIANA

VERSUS

*Michael Marshall*

DOCKET: _____

DIV: "___"

21st JUDICIAL DISTRICT

PARISH OF *TANGIPAHOA*

STATE OF LOUISIANA

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED that a hearing be scheduled to take place on the _18th_ day of _August_, 20_14_, at _1:10_ o'clock AM / PM at the _Tangipahoa_ Parish Courthouse.

IT IS FURTHER ORDERED that a Writ of Habeas Corpus be issued herein directing the warden of the River Correctional Center to produce the body of the defendant, _Michael Marshall_, D.O.C.# _618653_ at the above stated time and place for disposition of this matter before the court, and to return him at the conclusion of said proceedings unless otherwise ordered by this court.

THUS DONE AND SIGNED THIS _29th_ DAY OF _July_, 20_14_ IN _Livingston_, LOUISIANA.

_____
JUDGE, 21st JUDICIAL DISTRICT

Duty Judge

SCANNED

INTO THE
21ˢᵗ JUDICIAL DISTRICT
PARISH OF _TanGIPAHoA_
STATE OF LOUISIANA

DoB. 9-18-1984

SSN# _____ -2730

STATE OF LOUISIANA

DOCKET: _____

VERSUS

DIV: "____"

_Michael marshall_

FILED: _____

_____
DEPUTY CLERK

14 JUL 28 AM 8:34

## MOTION FOR RESOLUTION OF PENDING MATTER

MAY IT PLEASE THIS HONORABLE COURT.

NOW INTO COURT comes the defendant, _Michael n marshall_, incarcerated and proceeding in pro se capacity, who respectfully and with due humility moves herein that this Honorable Court bring forth the defendant for resolution of a matter pending judicial disposition which has resulted in a detainer being lodged against the defendant.

In support of this Motion, the following is offered, to-wit:

I.

Defendant is currently incarcerated in the custody of the department of corrections by virtue of a felony conviction, serving a sentence of __5__ years at hard labor.

II.

During that term of incarceration, defendant has had a detainer lodged against him originating from this jurisdiction. If available, a copy of said detainer is annexed here and made part of this pleading.

III.

Defendant moves herein in a good faith effort to have this matter addressed and disposed of, in order for the detainer lodged against him to be resolved.

IV.

The pendency of a warrant/detainer has and will continue to impose hardship upon

05/11/2013 MON 9:14  FAX 985 748 5019  AMITE POLICE DEPT.                    ☑001/004

STATE OF LOUISIANA                                    No. _____ 12-002269 _____
VS.

MICHAEL NICHOLAS MARSHALL
_____
Name
1568 KEYS RD
_____                   **STATE OF LOUISIANA**
Address                                              PARISH OF TANGIPAHOA
TUNNELL HILL, GA 30755                               TWENTY-FIRST JUDICIAL DISTRICT COURT
_____

WHITE          MALE          09/18/1984             Affiant came and appeared before me,
_____      _____       _____
Race           Sex            DOB                  LIEUTENANT RODNEY VARNADO
                                                   DEPUTY CLERK OF COURT

DETECTIVE ALLEN ORDENEAUX
_____  who, having been by me duly sworn, did depose and

say that one, _____ MICHAEL NICHOLAS MARSHALL _____ on the __23RD,24TH,__ day of ____ JULY 2012 ____
                                                                   25'TH,&26

did willfully violate Title FOUR (4) COUNTS 14 Section 72, 72.2, 67.16, &71.1 of the Louisiana Criminal Code,

O WIT, DID KNOWINGLY AND WILLFULLY COMMIT THE OFFENSES OF FORGERY, MONETARY INSTRUMENT ABUSE,
IDENTITY THEFT, AND BANK FRAUD ON FOUR (4)SEPARATE OCCASIONS, ON EACH DATE THE VIOLATOR PRESENTED
FORGED FRAUDUALNT MADE CHECKS IN WHICH THE VIOLATOR WAS LISTED AS PAYEE. IN EACH INCIDENT THE
CHECK CONTAINED THE FORGED SIGNATURE OF VICTIM WANDA AUSTIN. EACH CHECK WAS MADE PAYABLE TO THE
VIOLATOR AS FOLLOWS: #6730 IN THE AMOUNT OF $1769.32, CHECK #6734 IN THE AMOUNT OF $2247.10, CHECK #6735 IN
THE AMOUNT OF $2590.58, AND CHECK #6740 IN THE AMOUNT OF $2767.41. IN EACH INSTANCE, THE VIOLATOR
RESENTED GEORGIA IDENTIFICATION CARD NUMBERED 062201339 AS PROOF OF IDENTIFICATION. THE VIOLATOR
UCCESSFULLY CASHED ALL FOUR CHECKS AND RECEIVED $9374.41 CASH MONIES THUS PERMANENTLY DEPRIVING
THE FIRST NBC BANK OF THE $9374.41 CASH MONIES. THE VIOLATOR WAS POSITIVELY IDENTIFIED VIA BANK
URVEILLANCE VIDEO.

within the State and Parish, and the Jurisdiction of the Twenty-First Judicial District Court, contrary to the form of the statutes
of the statutes of the State of Louisiana In such case made and provided. and against the peace and dignity of the same.
Wherefore, deponent prays that the said accused be arrested and dealt with according to law, and/or that probable cause
be found for his/her continued custody.

                                                   ____Det Allen Ordeneaux____
                                                              AFFIANT

                              Sworn and subscribed before me this 7TH _____ day of AUGUST 2012 _____

Affiant's Address  101 OAK ST.
                   AMITE, LA. 70422              _____
                   985-748-7979                        DEPUTY CLERK OF COURT

# WARRANT

STATE OF LOUISIANA                                   PARISH OF TANGIPAHOA
                                                     TWENTY-FIRST JUDICIAL DISTRICT COURT

TO ANY COMMISSIONED PEACE OFFICER.

Whereas, complaint has been made before me, upon the oath, of DETECTIVE ALLEN ORDENEAUX _____
_____ charging, one: MICHAEL NICHOLAS MARSHALL _____
with TWO(2) COUNTS EACH-FORGERY, MONETARY INSTRUMENT ABUSE, IDENTITY THEFT, & BANK FRAUD
Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest the said accused and bring
HIM _____ before our Court to answer the said complaint. You are further commanded to keep the
said accused in safe custody pending a session of the court, or until release according to the law, and this shall be your warrant.

                              Given under my official signature this ___8___ day of ____August____ 2012

Bond Amount _____        _____
                                                JUDGE, 21ST JUDICIAL DISTRICT COURT
                                                      STATE OF LOUISIANA



# ORLEANS PUBLIC DEFENDERS

CONFLICTS DIVISION • 2601 TULANE AVENUE – SUITE 350 • NEW ORLEANS, LA 70119
TELEPHONE: (504) 821-8101 • FAX: (504) 327-4198 • WWW.ORLEANSPUBLICDEFENDERS.ORG

April 28, 2015

Dear Mr. Marshall:

I am writing to inform you that the Louisiana Department of Corrections has amended your sentence in response to your letter and the motions you filed. Your sentence has been adjusted to account for time you served from 10/24/2012 to 12/14/2013. Please find included in this letter court minutes stating that DOC has provided you with credit for time served. You may contact me with questions regarding this matter. Thank you for your cooperation.

Warmest regards,

Arthur Rowe
Staff Attorney, Conflicts Division
Orleans Public Defenders

AN EQUAL OPPORTUNITY EMPLOYER

STATE OF LOUISIANA                    JUDICIAL DISTRICT COURT
                                      PARISH OF Tangipahoa
VS
MICHAEL W MARSHALL                    DOCKET NO.
DEFENDANT.                            Date 9-18-84

Page
3 of 1

## MOTION OF 701. RIGHT TO A SPEEDY TRIAL BY AUTHORTY (B) 1 (a)

The defendant, Michael Marshall, moves pursuant to Louisiana code criminal procedure, Article 701 B(1)(a) Right to a speedy trial, (B) The time period for filing a Bill of information after arrest, 1(a) when the defendant is continued in custody subsequent to an arrest, an information shall be filed within (60) sixty days of the arrest if the defendant is being held for a felony.
   He states the following:

(1)

The defendant was arrested on the day of October, 2012, he was taking to the east Baton Rudge parish prison and was in continued custody since. Art. 201. Arrest defined: Arrest is the taking of one person into custody by another
   To constitute arrest there must be an actual restraint of the person. The restraint may be imposed by force or may result from the submission of the person arrested to the custody of the one arresting him.

(2)

The defendant was book in New Orleans on the 15 day of December, 2013. Art. 207. procedure when arrest made for offense triable in another

MICHAEL N. MARSHALL
U.S.
Defendant

PARISH OF Tangipahoa
SSN: -2730
DoB. 9-18-1984

FILED Mountford
...CLERK OF COURT

Page
2 of 1

## MOTION FOR PRELIMINARY EXAMINATION HEARING

The defendant respectfully moves the court pursuant to Article I, section 14 of the Louisiana constitution and Louisiana code of criminal procedure, Article 292, for a preliminary examination hearing for the reason hereinafter set out.

(1) The defendant was arrested in Baton Rouge parish on the 16 day of October, 2012, and has been in custody since that time.

(2) on the 13 day of December, 2013, this defendant was moved to said orleans Parish Jail and is being held in this jail on the charge of Bank fraud.

(3) This defendant brings this petition for a preliminary examination hearing so that a want of probable cause may be shown to the magistrate presiding at such hearing and so that this defendant may be released from confinement.

(4) NO bond has been set for this defendant and defendant shows that a preliminary examination hearing at which he is represent by counsel is a critical stage in prosecution, and the affidavit alone does not sufficiently inform him of

ast name     First name     initial     cell soc,

arshall     michael     mnm     D-Dorm

    Riverbend

te of BiRth     Date of Arrest     Request Date

-18-84     10-16-2012     9-18-2013

SID J. GAUTREAUX, III
SHERIFF EAST BATON ROUGE PARISH
P.O. BOX 3277
BATON ROUGE, LOUISIANA 70821-3277

MICHAEL MARSHALL D-DORM
9450 HWY 65 SOUTH
LAKE PROVIDENCE, LA 71254

7125440650

RECORDS INformation

(SgT. Susan Hogge)

I was writing you to ask you If
had any Holds on me. my step dad call
: parish on september 13 and He said I don't
u any hold, I Just would like to get
answer from you, I know my out date
oct.16.2013.

Thanks for your time and god bless
u.

— do not have
etainer for us.
Sgt S. Hogge

Respectfully

Michael marshall

Date 9-18-2013





## Tangipahoa Parish Clerk of Court

### JULIAN E. DUFRECHE, CLERK OF COURT
P.O. BOX 667 • AMITE, LOUISIANA 70422

**GARY STANGA**
CHIEF DEPUTY
**ALISON THEARD**
CHIEF FINANCIAL OFFICER

AMITE (985) 748-4146
FAX (985) 748-6503
WWW.TANGICLERK.ORG

May 20, 2014

STATE OF LOUISIANA
       VS.
MICHAEL N. MARSHALL

Docket Number(s):  UNKNOWN

To Whom It May Concern:

PLEASE BE ADVISED in order for me to submit you Motion for Preliminary Examination Hearing to the Judge to be signed and set on a docket you must have an Order attached. In addition please provide the arrest date from Tangipahoa Parish, the charge, and date of birth.

Lindsey Thomas
**Deputy Clerk of Court**

Defendant Address:
MICHAEL N. MARSHALL
#2376818
C-T-A 2-2
3000 PENDIDO
NEW ORLEANS, LA 70119

---

OUR COMMITMENT TO EXCELLENCE AND CONTINUED IMPROVEMENT
IS THE FOUNDATION UPON WHICH WE SERVE THE PUBLIC AND
WORK IN PARTNERSHIP WITH THE COMMUNITY



April 28, 2015

Dear Mr. Marshall:

I am writing to inform you that the Louisiana Department of Corrections has amended your sentence in response to your letter and the motions you filed. Your sentence has been adjusted to account for time you served from 10/24/2012 to 12/14/2013. Please find included in this letter court minutes stating that DOC has provided you with credit for time served. You may contact me with questions regarding this matter. Thank you for your cooperation.

Warmest regards,

Arthur Rowe
Staff Attorney, Conflicts Division
Orleans Public Defenders

# TANGIPAHOA PARISH JAIL

## Booking Sheet: TPJ0000138287

Page: 3

| 15 | 71.1<br>14:71.1 | BANK FRAUD<br>12-002269 | 21JDC<br>F | 0.00<br>0.00 |
|----|------------------|-------------------------|------------|--------------|
| 16 | 71.1<br>14:71.1 | BANK FRAUD<br>12-002269 | 21JDC<br>F | 0.00<br>0.00 |

Bond Total:

**I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY, MONEY AND VALUABLES AND FIND IT TO BE ACCURATE. I ALSO UNDERSTAND MY PHONE CONVERSATIONS WILL BE MONITORED FOR SECURITY REASONS.**

Inmate's Signature X _michael Marshall_   Date 10/9/15   Time 1455

Witness _____   Date _____   Time _____

Booking Officer _____   Date 10/9/15   Time 1455

10/22/15
Release

MICHAEL MARSHALL

I TALKED TO THE RECORDS DEPT IN TANGIAPOHA PARISH, THE DETAINER YOU CURRENTLY HAD FOR BANK FRAUD, THEFT AND FORGERY HAS BEEN TAKEN CARE OF DUE TO YOU BEING SENTENCED ON THOSE. YOUR PROBATION AND PAROLE HOLD THAT SHOWS ON YOUR RAPSHEET ISN'T ANYTHING TO WORRY ABOUT, IT'S STILL THERE FROM WHEN YOU WERE REVOKED ON YOUR PROBATION. AS OF RIGHT NOW YOU WILL LEAVE ON YOUR RELEASE DATE.

THANKS

RECORDS

**AFFIDAVIT**

The State of Louisiana )

) S.S.

Parish of LA )

I, Earl A. Willyard, of Belle Rose, in LA, Louisiana, MAKE OATH AND SAY THAT:

1.    I Mr Earl Willyard never gave verbal consent to search my vehicle on 10/05/2015 .Deputy: Carson Fee, Deputy: scott Charleville, and Deputy: Clarence Domingue

2.    I Earl Willyard was lost about what's was going on and then they was taking the guy that looks away me away .

STATE OF LOUISIANA

PARISH OF LA

SUBSCRIBED AND SWORN TO BEFORE ME, on the _____ day of

_____, _____

Signature

_____ (Seal)

NOTARY PUBLIC

My Commission expires:

_____

Date 4/9/2018

(Signature)

Earl A. Willyard

Witness;

Marshall micheal

Copyright 2002-2018, LegalContracts.com



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.